IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-388-D-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEISHRON KO-SHE KILPATRICK, | ) | |
| | ) | |
| Defendant. | ) | |

On June 15, 2022, Keishron Ko-She Kilpatrick ("Kilpatrick" or "defendant") filed an emergency motion for defendant's release to attend his aunt's funeral on June 18, 2022. See [D.E. 424]. Kilpatrick's aunt died on May 30, 2022, but Kilpatrick did not file his "emergency motion" until June 15, 2022. See id. On June 15, 2022, the government responded in opposition [D.E. 428].

The court has reviewed the entire record, including the pending charges, defendant's offenses of conviction, and pretrial services report. See [D.E. 78]. Notably, defendant faces very serious charges involving armed drug trafficking. Defendant has convictions for breaking and entering (three counts), larceny, larceny of a firearm, possession of a stolen firearm, possession of a schedule II controlled substance, attempting to flee or elude arrest with a motor vehicle, habitual felon, and possession of a firearm by a felon. See id. at 2–5. Defendant also has performed very poorly on probation. See id. Defendant's motion [D.E. 424] is DENIED.

SO ORDERED. This 17 day of June, 2022.

JAMES C. DEVER III
United States District Judge